**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Teresa Jones, Debtor                                    Case No. 21-51002-KMS
                                                                                        CHAPTER 13

**NOTICE**

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: June 1, 2026                    Signature:    /s/ Thomas C. Rollins, Jr.
                                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                                Jennifer A Curry Calvillo (MSBN 104367)
                                                                The Rollins Law Firm, PLLC
                                                                P.O. Box 13767
                                                                Jackson, MS 39236
                                                                trollins@therollinsfirm.com
                                                                601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Teresa Jones, Debtor                    Case No. 21-51002-KMS
                                                                          **CHAPTER 13**

### MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor is out of work due to surgery.

3. Debtor will return to work in June 2026.

4. Debtor is requesting this Honorable Court to suspend any past due plan payments and one (1) month of plan payments, including any ongoing mortgage payments being paid through the plan, during the month of June 2026.

5. Debtor wishes to resume making plan payments beginning in July 2026.

6. Debtor is requesting that her Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TERESA JONES

CASE NO: 21-51002

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/1/2026, I did cause a copy of the following documents, described below,

Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TERESA JONES

CASE NO: 21-51002

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/1/2026, a copy of the following documents, described below,

Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/1/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-51002
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUN 1 10-57-58 PST 2026

ECMC
PO BOX 16408
ST PAUL  MN 55116-0408

SYNCHRONY BANK BY AIS INFOSOURCE  LP AS AGEN
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

~~EXCLUDE~~

WOLLEMI ACQUISITIONS  LLC CO AIS PORTFOLIO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL  JR US COURTHOUSE~~
~~2012 15TH STREET  SUITE 244~~
~~GULFPORT  MS 39501 2036~~

ACIMA CREDIT
9815 S MONROE ST FL 4
SANDY  UT 84070-4384

AMERICAN FIRST FINANCI
PO BOX 565848
DALLAS  TX 75356-5848

BEAUTY AT BEST LLC
705 AZALEA DRIVE
WAYNESBORO  MS 39367-2718

BABERS LEASING
423 AZALEA DR
WAYNESBORO  MS 39367-2624

BRILAND CAPITAL
315 W EILLIOT RD
SUITE 107  PMB 135
TEMPE AZ 85284-1328

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

COMENITY  LANE BRYANT
PO BOX 182782
COLUMBUS  OH 43218-2782

COMENITY BANK
PO BOX 182789
COLUMBUS  OH 43218-2789

COMENITY BANKTORRID
PO BOX 182789
COLUMBUS  OH 43218-2789

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS  NV 89193-8872

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA  PA 19101-7346

DILLARDSWELLS FARGO
PO BOX 77053
MINNEAPOLIS  MN 55480-7753

~~EXCLUDE~~

~~(D)ECMC~~
~~PO BOX 16408~~
~~ST PAUL  MN 55116 0408~~

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FINWISE BANK
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

FIRST HERITAGE CREDIT OF MISSISSIPPI  LLC
DBA 1ST HERITAGE CREDIT
FIRST HERITAGE CREDIT
903 ROBINSON ST
WAYNESBORO  MS 39367-2455

FIRST TOWER LOAN  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

FST STATE BK
POB 506
WAYNESBORO  MS 39367-0506

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

LRS MEDIATION GROUP
37 NORTH ORANGE AVE
ORLANDO  FL 32801-2449

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LENDUP INC
225 BUSH STREET
11TH FLOOR
SAN FRANCISCO  CA 94104-4215

MS TITLE LOAN
104 N 16TH AVE
LAUREL  MS 39440-4132

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MOHELAASCENDIUM EDUCATION SOLUTIONS INC
ASCENDIUM EDUCATION SOLUTIONS
PO BOX 8961
MADISON WI 53708-8961

NMAC
POB 660366
DALLAS  TX 75266-0366

NAVIENT
PO BOX 9500
WILKES BARRE  PA 18773-9500

NAVIENT SOLUTIONS  LLC ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON  WI 53708-8961

NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 9013
ADDISON  TX 75001-9013

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE  IN 47706-1010

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND  WA  98083-0788

SANTANDER CONSUMER USA  INC
1601 ELM ST  SUITE 800
DALLAS  TX 75201-7260

SANTANDER CONSUMER USA
PO BOX  961211
FORT WORTH  TX 76161-0211

SUNBELT FEDERAL CREDIT UNION
6885 US HWY 49 N 3
HATTIESBURG  MS 39402

SYNCHRONY BANK
BY AIS INFOSOURCE  LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201 5022

WOLLEMI ACQUISITIONS  LLC
CO AIS PORTFOLIO SERVICES  LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

WORLD FINANCE
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

EXCLUDE

WORLD FINANCE
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE  SC 29606-6429

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403 0566

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

DEBTOR

TERESA JONES
44 EUGENE WORSHAM DR
WAYNESBORO  MS 39367-7565

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236 3767